IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00448-CMA-MJW

MARCEL SANDERS,

    Plaintiff,

v.

CONTINENTAL COLLECTION AGENCY, LTD.,
NATHAN M. TWEDT LEGAL SERVICES, INC., and
NATHAN MARK TWEDT,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation To Dismiss Pursuant To Settlement (Doc. # 27), signed by the attorneys for the parties hereto, it is

ORDERED that this action be DISMISSED WITH PREJUDICE, without fees or costs to any party.

DATED: July   29  , 2011

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Court Judge